# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

July 8, 2002

*Before*

**Hon.** WILLIAM J. BAUER, *Circuit Judge*

**Hon.** RICHARD A. POSNER, *Circuit Judge*

**Hon.** KENNETH F. RIPPLE, *Circuit Judge*

| | |
|---|---|
| VALERIE BENNETT,<br>　　　Plaintiff-Appellant,<br><br>No. 01-1939　　　　　　v.<br><br>MARY ROBERTS, MARSHAL ASPINALL,<br>TIMOTHY COSTELLO, et al.,<br>　　　Defendants-Appellees. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 96 C 6917<br>]<br>] John W. Darrah,<br>]　　　Judge. |

The opinion of this Court issued on July 2, 2002, is corrected as follows:

The date after "ARGUED" should be "NOVEMBER 5, 2001".